IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND



| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* Robert Heiden | : |
| Plaintiffs, | : |
| v. | : FILED UNDER SEAL<br>: Civil NO. JFM-05-484 |
| BOEHRINGER INGELHEIM, *et al.*, | : |
| Defendants. | : |

.....oOo.....

### UNITED STATES' NOTICE OF ELECTION TO INTERVENE FOR PURPOSES OF SETTLEMENT AS TO DEFENDANT BOEHRINGER INGELHEIM PHARMACEUTICALS, INC. AND NOTICE OF ELECTION TO DECLINE INTERVENTION AS TO DEFENDANT ABBOTT LABORATORIES AND MOTION TO UNSEAL THE FOURTH AMENDED COMPLAINT

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4), the United States hereby notifies the Court of its decision to intervene in this action for settlement purposes as to Defendant Boehringer Ingelheim Pharmaceuticals, Inc. Contingent upon Boehringer Ingelheim Pharmaceuticals, Inc. complying with certain the terms and conditions of the Settlement Agreement attached hereto as Exhibit 1, the United States anticipates joining the Relator in dismissing this action.

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the United States hereby notifies the Court of its decision to decline intervention as to Defendant Abbott Laboratories. The Relator intends to file a Notice of Dismissal without prejudice as to his claims against Abbott. The United States intends to concur in the dismissal so long as it is without prejudice as to the United States' claims against Abbott.

The United States requests that the relators' Fourth Amended Complaint, this Notice, and the attached proposed Order be unsealed. The United States further requests that all other papers on file in this action remain under seal because in discussing the content and extent of the United States' investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and the time for making an election to intervene should be extended.

A proposed order accompanies this notice.

> Respectfully submitted,
>
> STUART DELERY
> Assistant Attorney General
>
> ROD J. ROSENSTEIN
> United States Attorney
>
> By: *(signature)*
> Thomas F. Corcoran
> Roann Nichols
> Assistant United States Attorneys
> 36 South Charles Street, Fourth Floor
> Baltimore, Maryland 21201
> (410) 209-4800
>
> *(signature: Brian McCabe/by TFC w/ permission)*
> Dan Anderson
> Brian McCabe
> Attorneys
> U.S. Department of Justice, Civil Division
> Post Office Box 261
> Ben Franklin Station
> Washington, D.C. 20044
> Tel: (202) 616-4875
>
> Counsel for the United States

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22ND day of October, 2012, a copy of the foregoing United States's Notice of Election to Intervene was mailed, postage prepaid, to

Peter Chatfield, Esq.
Colette G. Matzzie, Esq.
Phillips & Cohen, LLP
2000 Massachusetts Avneue, NW
Washington, D.C. 20036

Counsel for relators

Thomas F. Corcoran
Assistant United States Attorney