IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* Robert Heiden | : : : |
| Plaintiffs, v. | : : : : Civil NO. JFM-05-484 |
| BOEHRINGER INGELHEIM, *et al.*, | : : : |
| Defendants. | : |

.....oOo.....

## UNITED STATES' AND THE NAMED STATES' STIPULATION OF DISMISSAL

Civil Action No. JFM 05-484 is an action under the *qui tam* provisions of the False Claims Act, 31 U.S.C. §§ 3729–33, filed by Relator Robert Heiden ("Relator") against Boehringer Ingelheim Pharmaceuticals, Inc., Boehringer Ingelheim and Abbott Laboratories.

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the *qui tam* provisions of the False Claims Act, 31 U.S.C. § 3730(b)(1) and in accordance with the terms and conditions of the Settlement Agreements among the United States, the Named States, Boehringer Ingelheim Pharmaceuticals, Inc. and Relator (collectively, "the Parties"), the Parties hereby stipulate, through their undersigned counsel, to the entry of an Order (1) dismissing with prejudice all claims asserted on behalf of the United States and the Relator against Boehringer Ingelheim Pharmaceuticals, Inc. in Civil Action No. JFM 05-484 concerning the Covered Conduct as defined in Preamble Paragraph D of the Federal Settlement Agreement; (2) dismissing with prejudice all claims asserted on behalf of the Named States and the Relator against Boehringer

Ingelheim Pharmaceuticals, Inc. in Civil Action No. JFM 05-484 concerning the Covered Conduct as defined in Preamble Paragraph E of the State Settlement Agreements; (3) dismissing with prejudice as to Relator and without prejudice as to the United States and the Named States all remaining claims against Boehringer Ingelheim Pharmaceuticals, Inc.. in Civil Action No. JFM 05-484; (4) dismissing without prejudice as to the Relator and as to the United States and the Named States all claims against Abbott Laboratories in Civil Action No. JFM 05-484.

The United States requests that the Court unseal the Stipulation of Dismissal as to Claims against Boehringer Ingelheim Pharmaceuticals and Abbott Laboratories. The United States requests that all other filings in this case, with the exception of the Fourth Amended Complaint and the Notice of Intervention for Purposes of Effectuating Settlement which have already been unsealed, remain under seal. The parties respectfully request that the Court enter an order in the form of the attached, proposed order.

Respectfully submitted,

STUART DELERY
Assistant Attorney General

ROD J. ROSENSTEIN
United States Attorney

Dated: 2/28/13     By: _____
Thomas F. Corcoran
Roann Nichols
Assistant United States Attorneys
District of Maryland

2

Dated: 2/22/13

[signature: Brian McCabe]

Dan Anderson
Brian McCabe
Attorneys
U.S. Department of Justice, Civil Division

Counsel for the United States

Dated:_____

_____
Peter Chatfield, Esq.
Colette G. Matzzie, Esq.
Phillips & Cohen, LLP
2000 Massachusetts Avneue, NW
Washington, D.C.  20036
*Counsel for relators*

Dated:_____

_____
Erica Bailey
Assistant Attorney General
Office of the Virginia Attorney General
900 East Main Street
Richmond, VA 23219
(804) 225-3192 (phone)

*On Behalf of the Named States*

Dated:_____

_____
J. Sedwick Sollers
Mark Jensen
Elizabeth White
King and Spalding

*Counsel for Boehringer Ingelheim Pharmaceuticals, Inc.*

4

Dated:_____

_____
Dan Anderson
Brian McCabe
Attorneys
U.S. Department of Justice, Civil Division

Counsel for the United States

Dated: 2/22/13

*Colette G. Matzzie* (signature)

Peter Chatfield, Esq.
Colette G. Matzzie, Esq.
Phillips & Cohen, LLP
2000 Massachusetts Avneue, NW
Washington, D.C. 20036
*Counsel for relators*

Dated:_____

_____
Erica Bailey
Assistant Attorney General
Office of the Virginia Attorney General
900 East Main Street
Richmond, VA 23219
(804) 225-3192 (phone)

*On Behalf of the Named States*

Dated:_____

_____
J. Sedwick Sollers
Mark Jensen
Elizabeth White
King and Spalding

*Counsel for Boehringer Ingelheim Pharmaceuticals, Inc.*

4

Dated:_____

_____
Dan Anderson
Brian McCabe
Attorneys
U.S. Department of Justice, Civil Division

Counsel for the United States

Dated:_____

_____
Peter Chatfield, Esq.
Colette G. Matzzie, Esq.
Phillips & Cohen, LLP
2000 Massachusetts Avneue, NW
Washington, D.C. 20036
*Counsel for relators*

Dated: 2/1/2013

*[signature]*
Erica Bailey
Assistant Attorney General
Office of the Virginia Attorney General
900 East Main Street
Richmond, VA 23219
(804) 225-3192 (phone)

*On Behalf of the Named States*

Dated:_____

_____
J. Sedwick Sollers
Mark Jensen
Elizabeth White
King and Spalding

*Counsel for Boehringer Ingelheim Pharmaceuticals, Inc.*

Dated:_____

_____
Dan Anderson
Brian McCabe
Attorneys
U.S. Department of Justice, Civil Division

Counsel for the United States


Dated:_____

_____
Peter Chatfield, Esq.
Colette G. Matzzie, Esq.
Phillips & Cohen, LLP
2000 Massachusetts Avneue, NW
Washington, D.C.  20036
*Counsel for relators*


Dated:_____

_____
Erica Bailey
Assistant Attorney General
Office of the Virginia Attorney General
900 East Main Street
Richmond, VA 23219
(804) 225-3192 (phone)

*On Behalf of the Named States*


Dated: 2/25/13

*[signature]*
J. Sedwick Sollers
Mark Jensen
Elizabeth White
King and Spalding

*Counsel for Boehringer Ingelheim Pharmaceuticals, Inc.*

4

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA *ex rel.* :
Robert Heiden :
  :
    Plaintiffs, :
  :
    v. : Civil NO. JFM-05-484
  :
BOEHRINGER INGELHEIM, *et al.*, :
  :
    Defendants. :
  .....o0o.....

## ORDER

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the False Claims Act, 31 U.S.C. § 3730(b)(1), the United States, the Named States, Boehringer Ingelheim Pharmaceuticals, Inc. and Relator Robert Heiden filed a Stipulation of Dismissal as to Claims Against Boehringer Ingelheim Pharmaceuticals, Inc. and Abbott Laboratories. Upon due consideration of the Stipulation, and the papers on file in this action,

**IT IS HEREBY ORDERED** that:

1. Consistent with the terms and conditions of the Federal Settlement Agreement executed by the United States, Boehringer Ingelheim Pharmaceuticals, Inc. and the Relator, all claims asserted on behalf of the United States against Boehringer Ingelheim Pharmaceuticals, Inc. in Civil Action No. JFM 05-484 concerning the Covered

Conduct as defined in Preamble Paragraph D of the Settlement Agreement shall be dismissed with prejudice as to Relator and the United States.

2. Consistent with the terms and conditions of the State Settlement Agreements executed by the Named States, Boehringer Ingelheim Pharmaceuticals, Inc. and the Relator, all claims asserted on behalf of the Named States against Boehringer Ingelheim Pharmaceuticals, Inc. in Civil Action No. JFM 05-484 concerning the Covered Conduct as defined in Preamble Paragraph E of the State Settlement Agreements shall be dismissed with prejudice as to Relator and the Named States.

3. Consistent with the terms and conditions of the Settlement Agreement executed by the United States, the Named States, Boehringer Ingelheim Pharmaceuticals, Inc. and the Relator, all remaining claims asserted on behalf of the United States and the Named States against Boehringer Ingelheim Pharmaceuticals, Inc. in Civil Action No. JFM 05-484, shall be dismissed with prejudice as to Relator and without prejudice as to the United States and the Named States.

4. The claims asserted on behalf of the United States and the Named States against Abbott Laboratories in Civil Action JFM 05-484 shall be dismissed without prejudice as to the Relator, the United States and the Named States.

5. No claim or allegation other than those specifically identified in the Stipulation and herein shall be dismissed at this time.

6. The Stipulation of Dismissal as to Claims Against Boehringer Ingelheim Pharmaceuticals, Inc., this Order, and all other filings in this case after the date of this Order shall be unsealed. All other filings in this case, with the exception of the Fourth

Amended Complaint and the Notice of Intervention for Purposes of Effectuating Settlement which have already been unsealed, shall remain under seal.

IT IS SO ORDERED, this ___ day of _____, 2013.

_____
The Honorable J. Frederick Motz
United States District Judge

**Clerk, Copies of Executed Order to:**
Peter Chatfield, Esq.
Colette G. Matzzie, Esq.
Phillips & Cohen, LLP
2000 Massachusetts Avneue, NW
Washington, D.C.  20036
*Counsel for relators*

Thomas F. Corcoran
Roann Nichols
Assistant United States Attorneys
36 South Charles Street, 4th Floor
Baltimore, Maryland 21201-2692
(410) 209-4800
*Counsel for the United States*

Dan Anderson
Brian McCabe
Department of Justice – Civil Division
Post Office Box 261
Ben Franklin Station
Washington, D.C. 20044
(202) 616-4875
*Counsel for the United States*

Erica Bailey
Assistant Attorney General
Office of the Virginia Attorney General
900 East Main Street
Richmond, VA 23219
(804) 225-3192- phone
(804) 786-8097- facsimile
ebailey@oag.state.va.us
*On behalf of the Named States*


Wick Sollers
Mark Jensen
Elizabeth White
King and Spalding
1700 Pennsylvania Avenue, N.W.
Washington, D.C. 20006-4706
*Counsel for Boehringer Ingelheim Pharmaceuticals, Inc.*